From: ALPha James BAdeAUX.
#1336251 / PAck Unit
2400 Wallce Pack Rd
NAVASOTA, TX 77868-4567

November 10, 2015

Clerk,
Tx Court of Criminal Appeals,
P.O.Box 12308, Cap. Stat.
Austin, TX 78711

RECEIVED IN
COURT OF CRIMINAL APPEALS

NOV 16 2015

Abel Acosta, Clerk

In re: Alpha Jme Bodeaux.
Tr Ct # 05-02-01288CR.
COA No. 08-15-00175-CR    PD-0859-15

Dear Sir, or modome;
On 11/04/2015, this court refused the PDR in this case. I need a copy of it as I've been repeatedly transferd and ended up without a copy of this document entitled "Appellint's Pro se Petition for discretiony review."
Thank you for your time and assistont in this matter.
Cordially yours
Alpha James Bodeaux
Alpha James Bodeaux
Appellnt.

cc: file